IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MICHAEL MCDONALD,
Inmate No. 00030838,
    Plaintiff,

vs.                                      Case No.: 3:20cv5388/LAC/EMT

GRAHAM FOUNTAIN, et al.,
    Defendant.
et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 26, 2020 (ECF No. 17). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Amended Order to Show Cause for a[] Preliminary Injunction & a Temporary Restraining Order" (ECF No. 5) and "Order to Issue Preliminary Injunction & Temporary Restraining Order" (ECF No. 14) are **DENIED**.

**DONE AND ORDERED** this 2nd day of June, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**