UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MICHAEL MCDONALD,
Inmate No. 00030838,
    Plaintiff,

vs.                                                                          Case No.: 3:20cv5388/LAC/EMT

GRAHAM FOUNTAIN, et al.,
    Defendant.
_____/

# **ORDER**

The chief magistrate judge issued a Report and Recommendation on January 21, 2021 (ECF No. 53). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 53) is adopted and incorporated by reference in this order.

2.     Plaintiff's "Emergency Motion for an [sic] Restrictive Injunction" (ECF No. 36) is **DENIED**.

**DONE AND ORDERED** this 19th day of February, 2021.

                         s/*L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**