UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT MICHAEL MCDONALD,
    Plaintiff,

vs.                                    Case No.: 3:20cv5388/LAC/EMT

ERIC ESMOND, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

On September 15, 2021, the undersigned entered an order directing Plaintiff to complete and file an Affidavit of Financial Status within fourteen days of the date of the order (ECF No. 63). The court also directed Plaintiff to file a fifth amended complaint within the same time (*see id.*). After the fourteen-day deadline passed and Plaintiff had not filed a financial affidavit or amended complaint—or responded in any manner to the court's order—the undersigned entered an order on October 4, 2021 (ECF No. 64), directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court. The undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of November 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.:  3:20cv5388/LAC/EMT